17901B C

## TEAM HENRY ENTERPRISES, LLC
1003 48th Street Newport News, VA 23607
Phone: (757)686-4460
Fax: (757)483-3823

**TO:** Hallmark Iron Works
8399 Paris St.
Newington VA 22122
(703)550-9560

**ATTENTION:** Patti Layne

### SUBCONTRACT PURCHASE ORDER

**SUBCONTRACT PO#:** S009-2490003
**DATE:** July 20, 2017
**CONTRACT #:** W912BU-15-D-0021-0003
**JOB #:** 249-0003
**JOB NAME:** Design and Install Elevator Gaithersburg, MD
**LOCATION:** Gaithersburg, MD
**PROJ. MANAGER:** Sherman Holland

Contractor must conform with any and all National, State and Local Codes and is to meet all construction requirements.
Also, contractor is to have a license and is to receive all inspections necessary by code.

### SCOPE OF WORK

Work includes, but is not limited to, providing all labor, materials, equipment, tools, and services required to provide the complete Scope of Work:
1) Subcontractor shall furnish and erect:
a. Elevator sump pit grate
b. Elevator hoist beam
c. Steel bar joists
d. 1 ½ x 2 ga type "B" galvanized roof deck
2) Subcontractor will furnish and deliver:
a. Anchor bolts, bearing plates, masonry bearing beam lintels, galvanized lintel angles
3) Exhibit A- Proposal dated: 6/20/17. 3) Exhibit B-Subcontract Invoicing Procedures Manual.
General Scope of Work: 1) Equipment, Taxes, Licenses, Insurances, Supervision, Materials and Labor: Provide all required equipment, taxes, licenses, fees, insurances, supervision, permits, rigging, materials and labor to accomplish this scope of work in accordance with the contract documents.

Subcontract Start Date: N/A   Subcontract Completion Date: N/A

### PAYMENT TERMS

### PRICE
$28,746.00

Price includes all applicable taxes, fees and charges as required to do the above said scope of work. Contract payments shall not exceed the amount of the purchase order for any reason.

SUBCONTRACTOR HEREBY ACCEPTS THIS ORDER WITH THE SPECIFICATIONS AND ON THE TERMS AND CONDITIONS ON FACE AND REVERSE HEREOF.
NOTE: YOU MUST INITIAL THE TERMS & CONDITIONS ON THE BACK.

Accepted By: _[signature]_
Printed Name: _[signature]_
Title: _[signature]_
Date: _[signature]_

**TEAM HENRY ENTERPRISES, LLC**

Accepted By: _____
Printed Name: Devon M. Henry
Title: President/CEO
Date: _____

EXHIBIT A

1790B



### TERMS AND CONDITIONS OF SUBCONTRACT

Upon acceptance by Subcontractor, the Specifications, terms and conditions set forth on the face of this Subcontract Purchase Order constitute a Subcontractor and the entire agreement between the Subcontractor and Team Henry Enterprises Inc. as Contractor.

**I. Statement of the Work**

1  Subcontractor agrees to finish and pay for all materials, supplies, equipment, labor and services necessary to perform and complete the Work specified on the face of this Subcontract Purchase Order and any sheets attached hereto.

2.  Subcontractor acknowledges that it is familiar with all conditions relating to the Work and the site and with all matters and conditions which would affect the performance of this Subcontract and Subcontractor assumes all risks with regard thereto.

3  Subcontractor agrees to complete the entire Subcontract and provide the necessary workforce to do said project within the schedule established on face of Subcontract. Should overtime be necessary to complete the Subcontract, Subcontractor is solely responsible for such expense. No extensions of time will be allowed unless Contractor has received a comparable extension by the Prime Contract.

4.  Commencement of Work by Subcontractor shall be acknowledgement that all plans, specifications and other documents relating to project are sufficient for Completion within the time frame established by the Subcontract.

5.  Subcontractor shall at all times do all things necessary to safeguard the public and all persons on or about the jobsite and shall protect the Work and all materials, Supplies, equipment and property from damage or loss and shall replace or repair any damage or loss caused by subcontractor, its employees or sub-subcontractor.

6.  Subcontractor shall at all times keep the jobsite free from waste material and rubbish and upon completion of the Work leave the jobsite in a clean and workmanlike Condition.

**II. Contract Price and Payment**

1  Contractor shall pay to Subcontractor for complete performance of this Subcontract and for Work in the amount specified on the face of this Subcontract

2.  Any change to the work must be approved in writing by the Project Manager responsible for this Work, prior to commencement and an appending Purchase Order issued. No changes will be paid without a signed change order form and corresponding Purchase Order. No invoices will be accepted unless it references a Purchase Order number.

3  Payments will be made within seven (7) days of receipt of payment from Owner. A partial waiver of lien must accompany each invoice totaling the amount invoiced to date. No invoices will be accepted without these waivers of lien.

4  Subcontractor agrees to submit prior to commencement of Work, Certificate of Insurance, tax identification forms and shop drawings. Copies of inspection reports and approvals, warranties for material, equipment and workmanship must be received prior to release of final payment.

5  Subcontractor shall pay all sales, use and other taxes levied by any government authority on any materials, supplies or equipment for use in completion of the Work and the same shall be deemed to be included in the contract price and Subcontractor shall not be entitled to any payment from Contractor on account thereof.

**III. Warranties and Inspection**

1.  Subcontractor warrants that all work and materials will be represented, will conform with plans and specifications, will be free from any and all defects, will be fit and suitable for the intended purposes, and will comply with the requirement of this Subcontract

2.  Subcontractor expressly agrees to guarantee the Work for a period of one year from the date of completion of the Work, or as instructed by the Prime Contract, and will be solely responsible for correcting any portion of the Work that fails during that period.

**IV. Laws, Regulations and Taxes**

1  Subcontractor shall, at its own expense, obtain and maintain in force all licenses and permits and shall pay all permit and inspection fees necessary to permit Subcontractor to perform and complete the Work.

2.  Subcontractor shall comply with all laws, ordinances and regulations of all public authorities having jurisdiction thereof. Contractor shall comply with all applicable building codes, zoning laws and fire regulation, all applicable provisions of the Fair Labor Standards Act, and all applicable provisions of any laws or regulations relating to payment of prevailing wage rates per the Davis Bacon Act in connection with the Work.

3.  Subcontractor shall pay all payroll, social security, unemployment, withholding and any other taxes in connection with the completion of the Work. Subcontractor shall also pay any and all benefit contributions required. Subcontractor shall indemnify and hold harmless Contractor and Owner, its Successors and assigns, from all claims, liabilities, costs and expense whatsoever on account of such taxes, contributions, reports and returns

**V. Insurance**

1.  Subcontractor shall obtain and maintain in effect liability insurance for the benefit of Contractor, Subcontractor and Owner. If no other coverage is required, Subcontractor shall maintain in effect liability insurance with insurance limits of not less than the following: Workers Compensation insurance $500,000 per accident, $500,000 policy limit, $500,000 each employee or as required by law; Contractors Public Liability insurance with limits of $1,000,000; Property damage insurance with limits of $1,000,000; Motor vehicle liability insurance with limits of $250,000 and $500,000 and $1,000,000 of bodily injury. The following endorsements must also be listed on the insurance policy or certificate of insurance:

2.  Subcontractor must deliver to Contractor the policies of insurance or certificates of insurance that the foregoing is in effect and that same may not be cancelled except upon ten (30) days written notice to Contractor. Team Henry Enterprises, LLC is to be listed as an additional insured on the certificate.

3  Notwithstanding the carrying of insurance, Subcontractor agrees to indemnity and hold harmless Contractor and the Owner, their successors and assigns, from all claims, liabilities, costs and expenses whatsoever for injury or damage to any person or property arising out of the performance of the Subcontract, or arising or occurring by reason of the Work or the use thereof or any defect or condition thereof.

4.  Without limiting the generality of the foregoing, Subcontractor hereby releases Contractor and Owner from all claims and liabilities on account of, and does hereby agree to indemnify and hold harmless Contractor, Owner, their successors and assigns, from all claims, liabilities, costs and expenses whatsoever for injury or damage to any person or property arising out of the use by Subcontractor or its employees of any equipment or facilities whether the same be owned or operated by Contractor, Subcontractor or others

**VI. Termination**

1.  Without prejudice or waiver of any rights or remedies Contractor may have, Contractor may terminate this Subcontract forthwith by notice in writing to Subcontractor in the event the Subcontractor (a) shall default in the performance of any of the terms and conditions of the Subcontract, (b) be adjudicated insolvent or bankrupt; (c) be interrupted in the performance of the Work; (d) Contractors agreement with the Owner is terminated for any reason whatsoever.

**VII. Assignment and Subcontracting**

Subcontractor may not assign or subcontract any portion of this Subcontract without written consent of Contractor.

This Subcontract shall insure to the benefit of and be binding upon the successors and assigns of Contractor.

**VIII. Arbitration**

Any claims arising out of or related to this Agreement, except those waived in this Agreement shall be subject to mediation as a condition precedent to binding dispute resolution. The parties shall endeavor to resolve their claims by mediation which, unless the parties mutually agree otherwise, shall be administered by the American Arbitration Association in accordance with its Construction Industry Mediation Procedures in effect on the date of the Agreement. The parties shall share the mediator's fee and any filing fees equally. The mediation shall be held in the place where the Project is located, unless another location is mutually agreed upon. Agreements reached in mediation shall be enforceable as settlement agreements in any court having jurisdiction thereof.

_____ INITIAL

# STATEMENT AND ACKNOWLEDGEMENT

OMB No.: 9000-0014
Expires: 01/31/2008

Public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat, (VIR), Regulatory and Federal Assistance Division, GSA, Washington, DC 20405; and to the Office of Management and Budget, Paperwork Reduction Project (9000-0014), Washington, DC 20503.

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
| W912BU-15-D-0021-0003 | July 20, 2017 | S009-2490003 |

| 4. PRIME CONTRACTOR | | | 5. SUBCONTRACTOR | | |
|---|---|---|---|---|---|
| a. NAME | | | a. NAME | | |
| Team Henry Enterprises, LLC | | | Hallmark Iron Works | | |
| b. STREET ADDRESS | | | b. STREET ADDRESS | | |
| 1003 48th Street | | | 8399 Paris St. | | |
| c. CITY | d. STATE | e. ZIP CODE | c. CITY | d. STATE | e. ZIP CODE |
| Newport News | VA | 23607 | Newington | VA | 22122 |

6. The prime Contract ___ does ; ___ does not contain the clause entitled "Contract Work Hours and Safety Standards Act -- Overtime Compensation."

7. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on the date shown in Item 2 to the subcontractor identified in item 5 by the following firm:

a. NAME OF AWARDING FIRM
**Team Henry Enterprises, LLC**

b. DESCRIPTION OF WORK BY SUBCONTRACTOR

Work includes, but is not limited to, providing all labor, materials, equipment, tools, and services required to provide the complete Scope of Work:
1) Subcontractor shall furnish and erect:
a. Elevator sump pit grate
b. Elevator hoist beam
c. Steel bar joists
d. 1 ½ x 2 ga type "B" galvanized roof deck
2) Subcontractor will furnish and deliver:
a. Anchor bolts, bearing plates, masonry bearing beam lintels, galvanized lintel angles
3) Exhibit A- Proposal dated: 6/20/17. 3) Exhibit B-Subcontract Invoicing Procedures Manual.
General Scope of Work: 1) Equipment, Taxes, Licenses, Insurances, Supervision, Materials and Labor: Provide all required equipment, taxes, licenses, fees, insurances, supervision, permits, rigging, materials and labor to accomplish this scope of work in accordance with the contract documents.

| 8. PROJECT | 9. LOCATION |
|---|---|
| Design and Install Elevator Gaithersburg, MD | Gaithersburg, MD |

| 10a. NAME OF PERSON SIGNING | 11. BY (Signature) | 12. DATE SIGNED |
|---|---|---|
| Devon M. Henry | | |
| 10b. TITLE OF PERSON SIGNING | | |
| President | | |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

13. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

Contract Work Hours and Safety Standards Act - Overtime Compensation - (If included in prime contract see Block 6)
Payrolls and Basic Records
Withholding of Funds
Disputes Concerning Labor Standards
Compliance with Davis-Bacon and Related Act Regulations

Davis-Bacon Act
Apprentices and Trainees
Compliance with Copeland Act Requirements
Subcontracts (Labor Standards)
Contract Termination - Debarment
Certification of Eligibility

14. NAME(S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

| A | | C | |
|---|---|---|---|
| B | | D | |

| 15a. NAME OF PERSON SIGNING | 16. BY (Signature) | 17. DATE SIGNED |
|---|---|---|
| [signature] | [signature] | 10/18/17 |
| 15b. TITLE OF PERSON SIGNING | | |
| [illegible] | | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1413 (REV. 7/2005)
Prescribed by GSA/FAR (48 CFR) 53.222(e)