1003 48th Street
Newport News, VA 23607
757-686-4460 – main
757-483-3823 – fax
www.teamhenryent.com

TEAM HENRY
ENTERPRISES

# Subcontract Change Order

Project: Gaithersburg Elevator  Project #: W912BU-15-D-0021-0001

Date: April 29, 2019
To: Hallmark Iron Works  Subcontract Date: June 22, 2017
Name: Charles Mercer  Subcontract Number: 1003-2490003
Address: 8999 Paris Street  Change Order Number: 002
City, State, Zip Code: Newington, VA 22122  Cost Code: 5100
Tel: 703-550-9560  Email: cmercer@hallmarkiron.com

**This Contract is hereby revised by the following items:**

| PCO | Item # | Cost Code | Description | Amount |
|-----|--------|-----------|-------------|--------|
|     | 1      | 5100      | Galvanized pipe rail for sidewalk 35' plus 10'. |  |
|     |        |           | Total Amount of this Change Order | $4,406.00 |

Original Contract Value ................................................................ $28,746.00
Sum of changes by prior Subcontract Change Orders ................... $3,060.00
Contract Value prior to this Subcontract Change Order ................ $31,806.00
Contract Value will be changed by this Subcontract Change Order in the amount of ... $4,406.00
New Contract Value including this Subcontract Change Order ....... $36,212.00

The Contract duration will be changed by ........................ 0 Days
The revised Substantial Completion date as of this Subcontract Change Order ...... No Change

1. This Change Order is issued to include all Labor, Material, Equipment, and Services necessary to complete the work herein for a lump sum $4,406.00 (INCREASE).
2. By execution of this Change Order Settlement subcontractor deems to have released and satisfied any and all prior outstanding Change Orders issued to date.
3. It is understood and agreed that this Change Order is subject to all the terms and conditions of the original Subcontract and that it does not alter them in any way not expressly stated herein.
4. Subcontractor understands and agrees that this adjustment constitutes compensation in full for all costs, directly and indirectly attributable to the changes ordered herein for all delays related hereto and for performance of the changes within the agreed time period.

Please acknowledge receipt and acceptance of this change order by signing and returning both original copies. A fully executed original will be returned to you for your records.

Team Henry Enterprises, LLC

By: *Devon M. Henry*  By: *[signature]*
Signature  Signature

*Building a Legacy, One Project at a Time*

17-9013 B ES

EXHIBIT B



1003 48th Street
Newport News, VA 23607
757-686-4460 – main
757-483-3823 – fax
www.teamhenryent.com

TEAM HENRY
ENTERPRISES

179013-a
E4X

## Subcontract Change Order

Project: Gaithersburg Elevator
Project #: W912BU-15-D-0071-0003
Tel: 757-686-4460
Fax: 757-483-3823

Date: December 21, 2017
To: Hallmark Iron Works
Name: Charles Mercer
Address: 8399 Paris Street
City, state, zip code: Newington, VA 22122

Subcontract Date: June 22, 2017
Subcontract Number: S009-2490003
Change Order Number: 001

This Contract is herby revised by the following items:

| PCO | Item # | Cost Code | Description | Amount |
|---|---|---|---|---|
| | | | Raise bearing height with tube | |
| | | | Total Amount of this Change Order: | $3,060.00 |

| | |
|---|---|
| Original Contract Value | $28,746.00 |
| Sum of changes by prior Subcontract Change Orders | $0.00 |
| Contract Value prior to this Subcontract Change Order | $28,746.00 |
| Contract Value will be changed by this Subcontract Change Order in the amount of | $3,060.00 |
| New Contract Value including this Subcontract Change Order | $31,806.00 |
| The Contract duration will be changed by | 0 Days |
| The revised Substantial Completion date as of this Subcontract Change Order | No Change |

1. This Change Order is issued to include all Labor, Material, Equipment, and Services necessary to complete the Work herein for a lump sum $3,060.00 (INCREASE).
2. By execution of this Change Order Settlement subcontractor deemed to have reviewed and ratified any and all prior outstanding Change Orders issued to date.
3. It is understood and agreed that this Change Order is subject to all the terms and conditions of the original Subcontract and that it does not after them in any way not expressly stated herein.
4. Subcontractor understands and agrees that this adjustment constitutes compensation in full for all costs, directly and indirectly attributable to the changes ordered herein for all delays related hereto and for performance of the changes within the agreed time period.

Please acknowledge receipt and acceptance of this change order by signing and returning both original copies. A fully executed original will be returned to you for your records.

Team Henry Enterprises, LLC
By: _Devin M. Henry_
Signature

By: _C Mercer_
Signature

Hallmark Iron Works
P.O. Box 339
8399 Paris Street
Newington, VA 22122
(703) 550-9560
Fax: (703) 550-0106

"Building a Legacy....One Project at a Time"

179013A E4X



1003 48th Street
Newport News, VA 23607
757-686-4460 – main
757-483-3823 – fax
www.teamhenryent.com

**Subcontract Change Order**

Project: Gaithersburg Elevator        Project #   W912BU-15-D-0021-0003

Date: June 5, 2018
To: Hallmark Iron Works
Name: Charles Mercer
Address: 8399 Paris Street
City, State, Zip Code: Newington, VA 22122
Tel: 703-550-9560   Email: cdmercer@hallmarkiron.com

Subcontract Date: June 22, 2017
Subcontract Number: S009-2490003
Change Order Number: 003
Cost Code: 5100

**This Contract is hereby revised by the following items:** Furnish and install elevator pit ladder.

| | |
|---|---|
| Total Amount of this Change Order: | $ 1,200.00 |
| Original Contract Value............................................................................................ | $28,746.00 |
| Sum of changes by prior Subcontract Change Orders............................................... | $ 7,466.00 |
| Contract Value prior to this Subcontract Change Order............................................ | $36,212.00 |
| Contract Value will be changed by this Subcontract Change Order in the amount of... | $ 1,200.00 |
| New Contract Value including this Subcontract Change Order................................. | $37,412.00 |
| The Contract duration will be changed by............................................................... | 0 Days |
| The revised Substantial Completion date as of this Subcontract Change Order......... | No Change |

1. This Change Order is issued to include all Labor, Material, Equipment, and Services necessary to complete the Work herein for a lump sum **$1,200 (INCREASE)**.
2. By execution of this Change Order Settlement subcontractor deemed to have reviewed and ratified any and all prior outstanding Change Orders issued to date.
3. It is understood and agreed that this Change Order is subject to all the terms and conditions of the original Subcontract and that it does not alter them in any way not expressly stated herein.
4. Subcontractor understands and agrees that this adjustment constitutes compensation in full for all costs, directly and indirectly attributable to the changes ordered herein for all delays related hereto and for performance of the changes within the agreed time period.

Please acknowledge receipt and acceptance of this change order by signing and returning both original copies. A fully executed original will be returned to you for your records.

Team Henry Enterprises, LLC

By: _____

Signature _____

Date: _____

By: *[signature]*

Signature: *[signature]*

Date: 6/11/18

*"Building a Legacy....One Project at a Time"*

179013 C