# AIA Document G702™ – 1992
## Application and Certificate for Payment

| | |
|---|---|
| TO OWNER: | PROJECT: |
| TEAM HENRY ENTERPRISES, LLC | MG HUNTON MEMORIAL CENTER |
| 1003 48TH STREET | DESIGN AND INSTALL ELEVATOR |
| NEWPORT NEWS, VA 23607 | GAITHERSBURG, MD |
| FROM CONTRACTOR: | VIA ARCHITECT: |
| HALLMARK IRON WORKS, INC. | |
| P.O. BOX 339 | |
| 8399 PARIS STREET | |
| NEWINGTON, VA 22122 | |

| | |
|---|---|
| APPLICATION NO: | 3 |
| PERIOD TO: | 1/31/2019 |
| CONTRACT FOR: | MG HUNTON MEMORIAL CENTER |
| CONTRACT DATE: | 7/20/2017 |
| PROJECT NOS: | SO09-2490003 |
| INVOICE NO: | 26936 |

Distribution to:
OWNER ☐
ARCHITECT ☐
CONTRACTOR ☐
FIELD ☐
OTHER ☐

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
AIA Document G703™, Continuation Sheet, is attached.

| | | | |
|---|---|---|---|
| 1. ORIGINAL CONTRACT SUM | | $ | 28,746.00 |
| 2. NET CHANGE BY CHANGE ORDERS | | $ | 8,666.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | | $ | 37,412.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | | $ | 37,412.00 |
| 5. RETAINAGE: | | | |
| a. 0 % of Completed Work | | | |
| (Columns D + E on G703) | $ 0.00 | | |
| b. 0 % of Stored Material | | | |
| (Column F on G703) | $ 0.00 | | |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | | $ | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE | | $ | 37,412.00 |
| (Line 4 minus Line 5 Total) | | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | | $ | 36,212.00 |
| (Line 6 from prior Certificate) | | | |
| 8. CURRENT PAYMENT DUE | | $ | 1,200.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | | $ | 0.00 |
| (Line 3 minus Line 6) | | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 8,666.00 | $ 0.00 |
| Total approved this month | $ 0.00 | $ 0.00 |
| TOTAL | $ 8,666.00 | $ 0.00 |
| NET CHANGES by Change Order | $ 8,666.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: HALLMARK IRON WORKS, INC.

By: _[signature]_ Date: _January 18, 2019_

State of: _Virginia_
County of: _Fairfax_
Subscribed and sworn to before me this _____ day of _____
Notary Public: _[signature]_
My commission expires:

Diana LiFaith
Commonwealth of Virginia
Notary Public
Commission No. 302881
My Commission Expires 1/31/2291

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ................................ $ _____
(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:
By: _____ Date: _____
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G702™ – 1992. Copyright © 1953, 1963, 1965, 1971, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.


EXHIBIT C

# AIA Document G703 – 1992

## Continuation Sheet
AIA Document G702TM, 1992, Application and Certificate for Payment, or G732TM, 2009, Application and Certificate for Payment, Construction Manager as Adviser Edition, containing Contractor's signed certification is attached.
In tabulations below, amounts are in US dollars.
Use Column 1 on Contracts where variable retainage for line items may apply.

APPLICATION NO: 3
APPLICATION DATE: 1/18/2019
PERIOD TO: 1/31/2019
ARCHITECT'S PROJECT NO: 5009-2490003

Page 2

| A ITEM NO. | B DESCRIPTION OF WORK | C SCHEDULED VALUE | D WORK COMPLETED FROM PREVIOUS APPLICATION (D+E) | E THIS PERIOD | F MATERIALS PRESENTLY STORED (NOT IN D OR E) | G TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G/C) | H BALANCE TO FINISH (C-G) | I RETAINAGE (if variable rate) |
|---|---|---|---|---|---|---|---|---|---|
| | **FURNISH AND ERECT** | | | | | | | | |
| 1 | STEEL JOISTS AND DECK AND SUPPORT ANGLES | 21,756 | 21,756 | 0 | 0 | 21,756 | 100 | 0 | 0 |
| 2 | BENT PLATE AT DECK EDGE | 3,000 | 3,000 | 0 | 0 | 3,000 | 100 | 0 | 0 |
| 3 | ELEVATOR HOIST BEAM | 1,950 | 1,950 | 0 | 0 | 1,950 | 100 | 0 | 0 |
| 4 | ELEVATOR SUMP PIT GRATE | 800 | 800 | 0 | 0 | 800 | 100 | 0 | 0 |
| | | 27,506 | 27,506 | 0 | 0 | 27,506 | 100 | 0 | 0 |
| | **FURNISH AND DELIVER** | | | | | | | | |
| 5 | ANGLE AND BEAM LINTEL | 900 | 900 | 0 | 0 | 900 | 100 | 0 | 0 |
| 6 | JOIST BEARING PLATES | 340 | 340 | 0 | 0 | 340 | 100 | 0 | 0 |
| | | 1,240 | 1,240 | 0 | 0 | 1,240 | 100 | 0 | 0 |
| | **CHANGE ORDERS** | | | | | | | | |
| 1-1 | CHANGE ORDER NO. 1 - TUBE TO RAISE BEARING HEIGHT | 3,060 | 3,060 | 0 | 0 | 3,060 | 100 | 0 | 0 |
| 2-1 | CHANGE ORDER NO. 2 - ADDED RAILS AT SIDEWALK | 4,406 | 4,406 | 0 | 0 | 4,406 | 100 | 0 | 0 |
| 3-1 | CHANGE ORDER NO. 3 - ELEVATOR PIT LADDER | 1,200 | 0 | 1,200 | 0 | 1,200 | 100 | 0 | 0 |
| | | 8,666 | 7,466 | 1,200 | 0 | 8,666 | 100 | 0 | 0 |
| | **GRAND TOTAL** | 37,412 | 36,212 | 1,200 | 0 | 37,412 | 100 | 0 | 0 |



CAUTION: You should sign an original AIA Contract Document, on which this text appears in RED. An original assures that changes will not be obscured.

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967, 1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. Purchasers are permitted to reproduce ten (10) copies of this document when completed. To report copyright violations of AIA Contract Documents, e-mail The American Institute of Architects' legal counsel, copyright@aia.org.