IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>for the use and benefit of )<br>HALLMARK IRON WORKS, INC. )<br>    )<br>*Plaintiff*    ) | Civil #8:19-cv-03653-PX |
|    )<br>v.    )<br>    )<br>TEAM HENRY ENTERPRISES, LLC, *et al*.    )<br>    )<br>*Defendants*    ) | |

**STIPULATION OF DISMISSAL AS TO ALL CLAIMS**

Plaintiff, Hallmark Iron Works, Inc., by counsel, and pursuant to Rule 41(a)(1)(A)(i), F.R.C.P., hereby files this Stipulation of Dismissal, with prejudice, as to the Complaint and all of its claims in this case. All claims have been settled and resolved.

No Defendant has appeared or filed any responsive pleadings in this case.


Dated: March 4, 2020

HALLMARK IRON WORKS, INC.
By Counsel


/s/ Ralph D. Rinaldi_____
Ralph D. Rinaldi, Esq.
Cowles, Rinaldi & Judkins, P.C.
10521 Judicial Drive, Suite 204
Fairfax, Virginia 22030
Telephone:    (703) 385-9060
Facsimile:    (703) 385-4353
E-mail:   Ralph@cowleslaw.com
*Attorney for Plaintiff, Hallmark Iron Works, Inc.*

127858/F/2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4rd day of March, 2020, a copy of this Stipulation of Dismissal was filed and sent via ECF transmission.

/S/_____
Ralph D. Rinaldi

127858/F/2                           2